■ The People of the State of New York, Respondent, v Jason Rivera, Appellant. [874 NYS2d 856]—Judgments, Supreme

Court, Bronx County (Peter J. Benitez, J.), rendered on or about October 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Sweeny and Freedman, JJ.